AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

JARVIS MILLER

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 5:05CR11-1-V
USM Number: 17872-058

Alergnon Williams
Defendant's Attorney

FILED STATESVILLE, N.C. AUG 8 2005 U.S. DISTRICT COURT W. DIST. OF NC

**THE DEFENDANT:**
X admitted guilt to violation of condition(s) 1-10 of the term of supervision.
__ Was found in violation of condition(s) count(s) _____ After denial of guilt.
**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use | 11/15/04 |
| 2 | Failure to report change in residence | 11/15/04 |
| 3 | Failure to comply with drug testing/treatment requirements | 11/18/04 |
| 4 | Failure to report change in employment | 11/23/04 |
| 5 | Failure to comply with drug testing/treatment requirements | 1/25/05 |
| 6 | Failure to report to probation officer as instructed | 12/28/04 |
| 7 | New law violation | 12/30/04 |
| 8 | Failure to report contact with law enforcement officer | 12/30/04 |
| 9 | Failure to submit monthly supervision reports | 1/5/05 |
| 10 | New law violation | 2/24/05 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 7/30/84

Date of Imposition of Sentence: July 11, 2005

Signature of Judicial Officer

Richard L. Voorhees
United States District Judge

Defendant's Mailing Address:
c/o Mecklenburg Co. Jail
Charlotte, NC

Date: 8-4-05

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHTEEN (18) MONTHS</u>.

THE $200.00 ASSESSMENT FEE WILL REMAIN IN EFFECT.

___ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ as notified by the United States Marshal.

    ___ at ___ a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ as notified by the United States Marshal.

    ___ before 2 p.m. on ___.

    ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
      Deputy Marshal